## JIM ROSS v. THE STATE.

### No. 6205. Decided March 23, 1921.

Abating Appeal—Practice on Appeal.

It being shown by proper affidavit on appeal that appellant has escaped, the appeal must be dismissed.

Appeal from the District Court of Hunt. Tried below before the Honorable R. L. Porter.

Appeal from a conviction of robbery by firearms; penalty, six years imprisonment in the penitentiary.

·No brief on file for appellant.

*E. L. Hartwell,* and *Evans & McCoy,* for appellant.

*Sam D. Stinson* and *C. O. James,* for the State.

MORROW, PRESIDING JUDGE.—The State's motion to abate this appeal for the reason that the appellant, by his escape, has deprived this court of jurisdiction to pass upon its merits, being accompanied by an affidavit of the Sheriff of Hunt County duly making the facts known, it is ordered that the appeal be dismissed.

*Dismissed.*